**Daniel FAIRCHILD, Appellant,**

v.

**A.O. SMITH HARVESTORE PRODUCTS, INC., A.O. Smith Corporation, Hawke & Company Harvestore, Inc., Flygt Corporation, Respondents.**

**Nos. C1–87–1245 and C3–87–1246.**

Supreme Court of Minnesota.

March 21, 1988.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petitions of Hawke & Company Harvestore, Inc. and Flygt Corporation for further review of the decision of the Court of Appeals be, and the same are, granted. Because of the consolidation of this matter with *Beutz v. A.O. Smith Harvestore Products, Inc.,* CX–87–1132, all briefing shall commence as of the date of this order. Counsel will be notified at a later date of the time for argument before this court.